UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ROBERT VAILE,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 5:16-cv-00393-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: June 27, 2017

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE